JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUADALUPE RODRIGUEZ,<br>        Plaintiff,<br><br>        v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social<br>Security,<br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | No. 2:23-cv-06838-KES<br><br>**[~~PROPOSED~~] JUDGMENT OF REMAND** |

The Court having approved Defendant's Motion to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: December 14, 2023

_____
THE HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

1