Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
18321 Ventura Blvd. Suite 355
Tarzana, CA 91356
TEL/FAX: (800) 935-3170
mshvarts@dagaccess.com
Attorneys for Plaintiff, Guadalupe Rodriguez

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUADALUPE RODRIGUEZ,<br>　　　Plaintiff,<br><br>　vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br>　　　Defendant. | Case No.: 2:23-cv-06838-KES<br><br>[~~PROPOSED~~] ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **THREE THOUSAND THREE HUNDRED AND TWENTY SIX DOLLARS** ($3,326.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: March 15, 2024

_____
HON. KAREN E. SCOTT
United States Magistrate Judge